**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raul Wong RODRIGUEZ,
Defendant–Appellant.**

**No. 04–50771.
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided May 30, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Victor M. Valdes, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

PER CURIAM: *

Raul Wong–Rodriguez appeals from his conviction of conspiracy to possess with intent to distribute methamphetamine. Wong–Rodriguez challenges his sentence, raising several arguments that are barred by the appeal-waiver provision of his plea agreement. *See United States v. Burns,* 433 F.3d 442, 450–51 (5th Cir. 2005); *United States v. Bond,* 414 F.3d 542, 544 (5th Cir.2005). Wong–Rodriguez contends that he received ineffective assistance of counsel in several respects, but the record is not sufficiently developed for us to address any of those ineffective-assistance contentions. *See United States v. Higdon,* 832 F.2d 312, 314 (5th Cir. 1987). Finally, Wong–Rodriguez contends that his indictment was duplicitous, and he raises a claim based on a typographical error in counts of the indictment to which he did not plead guilty. Wong–Rodriguez's guilty plea waived his non-jurisdictional contentions regarding his indict-

ment. *See United States v. Lampazianie,* 251 F.3d 519, 526 (5th Cir.2001).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.